DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Tomas Garibay-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>TOMAS GARIBAY-RAMIREZ,<br><br>             Defendant. | NO. 1:06-cr-00076 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND  ORDER THEREON<br><br>Date:  June 5, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Tomas Garibay Ramirez, that the date for status conference in the above-captioned matters may be continued to June 5, 2006.  **The date previously set for status conference is May 15, 2006.  The requested new date is June 5, 2006 at 9:00 a.m.**

The reason for this request is that a negotiated settlement will likely resolve this matter but additional time is needed for further investigation and discussion of the proposed plea, and for completion of a pre-plea presentence investigation report.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 12, 2006 | By /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: May 12, 2006 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Tomas Garibay-Ramirez |

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 12, 2006**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE